FORM oncnf12

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Tallahassee Division

In Re:  Russell Carlton Ehlert
     SSN/ITIN: xxx–xx–5289
     Debtor

Bankruptcy Case No.:   09–40982–LMK

Chapter:  13
Judge:  Lewis M. Killian Jr.

*ORDER AND NOTICE OF HEARING*
*ON CONFIRMATION AND FIXING TIME TO FILE OBJECTIONS*

To All Creditors and Parties in Interest:

**IT IS HEREBY ORDERED AND NOTICE GIVEN** that:

The debtor(s) proposed Chapter 13 Plan shall be confirmed on January 8, 2010 at 10:00 AM , at the 110 E. Park Avenue, 2nd Floor Courtroom, Tallahassee, FL 32301, **UNLESS** a party in interest files a ***written objection*** to confirmation with the court at

   110 East Park Avenue
   Suite 100
   Tallahassee, FL 32301

on or before January 4, 2010 . A copy of the objection shall also be furnished to:

| ***Chapter 13 Trustee*** | as well as | ***Debtor's Attorney*** |
|---|---|---|
| Leigh D. Hart | | David H. Abrams |
| P.O. Box 646 | | Law Office of David H. Abrams |
| Tallahassee, FL 32302 | | PO Box 3298 |
| | | Tallahassee, FL 32315 |

If an objection to confirmation is timely filed and served, this hearing will be continued by separate notice.

A copy of the debtor's proposed plan will be served to all creditors and parties in interest under separate cover.

**DONE AND ORDERED** at Tallahassee, Florida, October 26, 2009.

                                                   /s/ Lewis M. Killian Jr.
                                                 Lewis M. Killian Jr.
                                                 U.S. Bankruptcy Judge

Service to:
   All parties in interest