**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RUSSELL CARLTON EHLERT | § | CASE NO. 09-40982-TLH4 |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE LEWIS M. KILLIAN, JR. |

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that NATIONAL BANKRUPTCY SERVICES.COM LLC has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

   **HSBC Auto Finance**
   **P. O. Box 829009**
   **Dallas, Texas 75382-9009**

Respectfully submitted,
NATIONAL BANKRUPTCY SERVICES.COM LLC

/s/ Hilary B. Bonial

Hilary B. Bonial

F# 7503-N-7309
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for HSBC Auto Finance

**CERTIFICATE OF SERVICE**

       I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before October 28, 2009:

**Debtors' Attorney**
David H. Abrams
Law Office Of David H. Abrams
PO Box 3298
Tallahassee, FL  32315

**Chapter 13 Trustee**
Leigh D. Hart
Post Office Box 646
Tallahassee, Florida 32303

**U.S. Trustee**
Office of the US Trustee
1418 Richard Russell Bldg., 75 Spring St,S.W.
Atlanta, Georgia 30303

/s/ Hilary B. Bonial
_____

Hilary B. Bonial

7503-N-7309
noaelect