UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No. 4:09-bk-40982-LMK

Chapter 13

IN RE:                                            :
                                                  :
Russell Carlton Ehlert                            :
                                                  :
                    Debtor.                       :
_____           :

**AGREED ORDER GRANTING FLAGSTAR BANK, FSB'S
MOTION FOR RELIEF FROM STAY AND ABANDONMENT**

THIS CAUSE came on for consideration pursuant to the Agreed Motion By Flagstar Bank For Relief From Stay And Abandonment And Notice Of Opportunity To Object And For Hearing Re: 12755 Late Autumn Lane, Tallahassee, Florida  32309, Docket Number 29, filed by FLAGSTAR BANK, FSB, a secured creditor in the above-styled cause.  The Court, having considered said Motion and having agreement of the Movant and Debtor, is of the opinion that it is appropriate to enter an Order on such Agreed Motion for Relief from Stay.  It is therefore,

ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion for Relief from the Automatic Stay is granted.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property:

> Lot 4, Block B of SPORTSMAN'S PARADISE EAST; an unrecorded subdivision in Leon County, Florida, more particularly described as follows:  Commence at the Southwest Corner of the Southeast ¼ of Section 18, Township 2 North, Range 3 East, Leon County, Florida and run thence North $00°00'44"$ West 436.83 feet; thence North $00°07'04"$ West 1036.11 feet; thence North $89°52'56"$ East 30.00 feet to a point on

the centerline of a 60.00 foot easement for ingress, egress and utilities purposes, known as BUCK SKIN ROAD; thence run North $89°52'56"$ East along said centerline a distance of 480.00 feet to a point of intersection of said centerline and the centerline of a 60.00 foot easement for ingress, egress and utilities purposes, known as LADY HAWK LANE; thence run North $00°07'04"$ W along said centerline a distance of 856.33 feet to the point of intersection of said centerline of a 60.00 foot easement for ingress, egress and utilities purposes known as LATE AUTUMN COURT; thence North $89°56'45"$ East along the centerline of LATE AUTUMN COURT a distance of 300.00 feet to the Point of Beginning. From said Point of Beginning, continue thence North $89°56'45"$ East along said centerline a distance of 195.00 feet to the radius point of a 50.00 feet; thence South $72°31'30"$ East 322.06 feet; thence South $00°01'27"$ West 88.00 feet; thence North $89°56'42"$ West 501.72 feet; thence North of $00'07"04"$ West 234.04 feet to the Point of Beginning. The Northerly 30.00 feet and a portion of the Northerly 50.00 feet subject to a 60.00 foot easement and a 50.00 foot radius cul-de-sac for the purposes of ingress, egress and utilities. TOGETHER WITH that certain 1996 Shadow Brook Mobile Home, I.D. No. BHA06738A/B, Title Nos. 712099068 and 71299069, RP Decal Nos. R0640679 and R0640680. Parcel Identification Number: 161817 B0040

12755 Late Autumn Lane, Tallahassee, Florida  32309

3.  Attorney's fees may not exceed $550.00.

4.  This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above.  Movant shall not seek an *in personam* judgment against Debtor(s).

DONE AND ORDERED this the 18th day of November in Tallahassee, Florida.

_____
Lewis M. Killian, Jr.
United States Bankruptcy Judge

2

3

Copies furnished to:

Russell Carlton Ehlert, 8950 Veterans Memorial Drive, Tallahassee, Florida   32309

David H. Abrams, Esquire, Law Office of David H. Abrams, P. O. Box 3298, Tallahassee, Florida   32315

Lawrence M. Weisberg, Esquire, Greenfield & Coomber, P.A., 7000 Palmetto Park Road, Suite #402, Boca Raton, Florida   33433

HSBC Auto Finance, P. O. Box 829009, Dallas, TX   75382

Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, Florida   33131

Leigh D. Hart, P. O. Box 646, Tallahassee, Florida   32302

United States Trustee, 110 E. Park Avenue, Suite 128, Tallahassee, Florida   32301